UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>TALISMAN CONTRACTING CO., INC.,<br><br>Defendant. | 03 Civ. 3774 (CBA)<br><br>**JUDGMENT**<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ JUN 2 9 2005 ★<br>P.M. _____<br>TIME A.M. _____ |

The summons and First Amended Complaint in this action having been duly served on the above-named defendant Talisman Contracting Co., Inc., and said defendant having entered into a Consent Judgment in August 2004, and said defendant having failed to make payment of the amounts set forth in the Consent Judgment, and upon the affirmation of Judy Wong,

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the DISTRICT COUNCIL OF PAVERS AND ROAD BUILDERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING

FUNDS, do recover of TALISMAN CONTRACTING CO., INC., the defendant residing at 650 Deer Park Avenue, Dix Hills, New York 11746, the sum of $43,371.45, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:

6/25/05

By: /S/ CAROL B. AMON
U.S.D.J.